IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| BAKUL DAVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.     18-cv-2122-GCS |
| | ) | |
| BOARD OF TRUSTEES OF SOUTHERN | ) | |
| ILLINOIS UNIVERSITY, CARBONDALE, | ) | |
| | ) | |
| Defendant. | ) | |

**Notice of Compliance with Award of Sanctions**

1.     This Court previously entered an award of sanctions in favor of Defendant and against the Plaintiff.

2.     On February 25, 2022, this Court entered an order directing that Plaintiff was to pay the sanctions in the amount of $8,244.82 by April 11, 2022 (Dkt. 71).

3.     On April 7, 2022, the undersigned communicated with opposing counsel to ascertain where payment should be made.  Opposing counsel directed that payment should be made directly to Defendant and provided an address where payment should be sent.

4.     On April 8, 2022, the Plaintiff sent a personal check in the amount of $8,244.82 directly to Defendant by FedEx with guaranteed delivery of April 11, 2022.  The tracking number of 271811443230 was assigned to the package.

/s/ John A. Baker

John A. Baker
BAKER, BAKER & KRAJEWSKI, LLC
415 South Seventh Street
Springfield, IL 62701
(217) 522-3445
(217) 522-8234 (Fax)
jab@bbklegal.com

## Certificate of Service

This document was filed utilizing this Court's ECF system. A copy will automatically be served on all counsel of record.

/s/ John A. Baker

John A. Baker
BAKER, BAKER & KRAJEWSKI, LLC
415 South Seventh Street
Springfield, IL 62701
(217) 522-3445
(217) 522-8234 (Fax)
jab@bbklegal.com