# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BAKUL DAVÉ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:18-cv-02122-GCS |
| | ) |
| BOARD OF TRUSTEES OF SOUTHERN ILLINOIS UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

Pursuant to the Order entered on March 31, 2024 (Doc. 97), Defendant's motion for summary judgment is **GRANTED.** Judgment is entered in favor of defendant, Board of Trustees of Southern Illinois University and against plaintiff, Bakul Davé.

Accordingly, this matter is **DISMISSED**, and the case is closed.

**IT IS SO ORDERED.**

**DATED: March 31, 2024.**

MONICA A. STUMP, Clerk of Court
*s/ Catina Simpson*
Deputy Clerk

Approved: *Gilbert C. Sison* (Digitally signed by Gilbert C Sison, Date: 2024.03.31 22:36:58 -05'00')
**Gilbert C. Sison, U.S. Magistrate Judge**